BOSKOWITZ v. ULMANN et al.

(Supreme Court, Appellate Division, First Department. November 15, 1907.)

Appeal from Special Term.

Action by Jesse L. Boskowitz, administrator of Ignatz Boskowitz, deceased, against Albert Ulmann and another. From an order denying a motion, the codefendant, Joseph Sulzbacher, surviving partner of J. H. Sulzbacher & Co., appeals. Reversed, and motion granted.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and HOUGHTON, JJ.

Charles L. Craig, for appellant.
Harold Nathan (John R. Dos Passos, on the brief), for respondent.

PER CURIAM. This is an appeal by the defendant Joseph H. Sulzbacher from an order denying his motion, separately made, to vacate an order for the examination of his codefendant Ulmann, to enable plaintiff to frame a complaint against both of them. The record is otherwise in all material respects the same as that presented on the appeal by the defendant Ulmann, argued and decided herewith. 106 N. Y. Supp. 870. Upon the authority of the decision made on that appeal, the order should be reversed, with $10 costs and disbursements, and motion granted, with $10 costs.